IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AMY LARIMER,

      Plaintiff,

v.                                                      Case No. 17-2110-JWL

U.S. BANK NATIONAL ASSOCIATION,

      Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 24) to amend the scheduling order filed on July 13, 2017 (ECF No. 11). For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    All discovery shall be commenced or served in time to be completed by **March 2, 2018.**

    b.    The final pretrial conference is rescheduled from February 23, 2018, to **March 22, 2018, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **March 12, 2018**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to

the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    c.    The deadline for filing all other potentially dispositive motions is moved to **April 16, 2018.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 29, 2018, at Kansas City, Kansas.

                                              s/ James P. O'Hara  
                                              James P. O'Hara  
                                              U.S. Magistrate Judge